IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VFS US LLC, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 16-CV-407-JHP |
| JEFF BUFFINGTON, an individual, JOHN DOE, an individual, | ) ) ) ) |
| **Defendants.** | ) ) |

**REPORT AND RECOMMENDATION**

This matter is before the Court on the Plaintiff's Motion for Default Judgment on Certain Contract Claims With Brief in Support Thereof [Doc. 15] pursuant to Rule 55(b)(2) Federal Rules of Civil Procedure. The Complaint was filed in this Court on September 26, 2016 [Doc. 2] and served upon the Defendant, Jeff Buffington, on October 10, 2016 [Doc. 9]. No Answer or other defense has been filed by Defendant. The Clerk's Entry of Default was entered on November 30, 2016 [Doc. 14] and no proceedings have been taken by the Defendant since the default was entered. On February 9, 2017, Plaintiff moved for Default Judgment upon Defendant Jeff Buffington [Docket No. 15]. The Court referred this motion for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A), and the undersigned Magistrate Judge now recommends granting the Plaintiff's Motion for Default Judgment on Certain Contract Claims with Brief in Support Thereof [Docket No. 15].

The Plaintiff's Motion for Default Judgment is supported by an Affidavit by Plaintiff's Collection Manager showing the deficiency amount due and owing after the

disposition of the collateral in the amount of $424,933.82, with additional accrued interest at the default rate in the amount of $61,827.87, as of January 13, 2017, which continues to accrue.  Having considered the Plaintiff's Motion, and the Affidavits and Exhibits attached thereto, the undersigned Magistrate Judge finds that VFS US LLC is entitled to default judgment pursuant to Federal Rule of Civil Procedure 55(b).  Defendant Jeff Buffington, by not answering or otherwise responding, has admitted the well-pleaded factual allegations of the Complaint [Docket No. 2].  He has therefore admitted claims against him for deficiency balances due after repossession and disposition of certain personal property collateral in the amount of $424,933.82, plus accrued interest in the amount of $61,827.87, as of January 13, 2017, plus interest accruing thereafter.  The undersigned Magistrate Judge further finds that the sale and disposition of the collateral also ought to be approved as commercially reasonable.  Finally, the undersigned Magistrate Judge finds that, upon the filing of a proper application, the Plaintiff should be entitled to costs and reasonable attorneys' fees incurred in the filing and prosecution of this case, pursuant to 12 Okla. Stat. § 936 as well as the terms of the Credit Sales Contract relevant to this case.  *See* Docket No. 2, Ex. 2b, p. 4.

Accordingly, the undersigned Magistrate Judge hereby RECOMMENDS that Plaintiff VFS US LLC's Motion for Default Judgment on Certain Contract Claims with Brief in Support Thereof [Docket No. 15] be GRANTED, and that the Plaintiff be awarded judgment against Defendant Jeff Buffington in the amounts of $424,933.82, plus accrued interest in the amount of $61,827.87, as of January 13, 2017, plus interest

accruing thereafter. The undersigned Magistrate Judge further recommends that, pursuant to Local Civil Rules 54.1 and 54.2, Plaintiff VFS US LLC be directed to file its bill of costs and motion for recovery of legal fees within fourteen (14) days after Default Judgment is granted. At such time, the Plaintiff should also be directed to submit a proposed form of Final Default Judgment to the Court.

Dated this 30th day of March, 2017.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma