# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| VFS US LLC, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-CV-407-JHP |
| | ) |
| JEFF BUFFINGTON, an individual, | ) |
| JOHN DOE, an individual, | ) |
| | ) |
| Defendants, | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT
## AND RECOMMENDATION OF THE UNITED STATES
## MAGISTRATE JUDGE

On March 30, 2017, the United States Magistrate Judge entered an Order (Dkt.# 18) recommending that Plaintiff VFS US LLC's Motion for Default Judgment on Certain Contract Claims be granted, and that Plaintiff be awarded judgment against Defendant Jeff Buffington in the amounts of $424,933.82, plus accrued interest in the amount of $61,827.87, as of January 13, 2017, plus interest accruing thereafter. There have been no objections to the Magistrate Judge's Order filed within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Order of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendations entered by the United States Magistrate Judge on March 3, 2017 (Dkt.# 18), be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Orders.

**IT IS SO ORDERED this 17th day of April, 2017**.

James H. Payne
United States District Judge
Eastern District of Oklahoma